No. 1228.—GIULIANI, DEMANDANTE Y APELANTE, *v.* JANER, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de Mayagüez en un caso de divorcio. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 5, 1914. Desestimada la apelación por incumpli-

miento del artículo 229 del Código de Enjuiciamiento Civil, enmendado por ley No. 70 de marzo 9, 1911. Abogado del apelante: *Sr. Jacinto Texidor.* El apelado compareció por escrito en nombre propio.